FILED
6/22/22 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-10948-TPA |
| | : | | |
| Theresa J. Fullerton | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/21/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   # 78 Motion to Continue/Reschedule Hearing on Motion for Relief from Stay

**APPEARANCES:**
    Debtor:    Jeffrey G. Herman
    Trustee:    Owen Katz
    Nationstar Mortgage d/b/a Mr. Cooper:  Rebeca Solarz

**NOTES:**

Herman:   Provided background on the case and the dispute on arrearages.

Solarz:   The Debtor has been making partial payments.

Katz:   Provided background on plan arrearages and Debtor's payment history.

**OUTCOME:**   #78 . . . GRANTED. . . MOE. Conciliation scheduled for July 12, 2022 at 10:30 AM

*/s/ Thomas P. Agresti*
nms